IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINE PROKUPEK, (McGlothlen), and RONALD PROKUPEK, | ) ) ) ) | 8:10CV348 |
| Plaintiffs, | ) ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| U.S. ATTORNEY GENERAL FOR STATE OF NEBRASKA, et al., | ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. The above-captioned matter has been provisionally filed on September 16, 2010. (Filing No. 1.) However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the Complaint, Plaintiff Christine Prokupek (McGlothlen) ("McGlothlen") must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE PETITION.**

    McGlothlen has failed to include the $350.00 filing fee. McGlothlen has the choice of either tendering the $350.00 fee to the Clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If McGlothlen chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court. McGlothlen is cautioned that, if she is permitted to proceed in forma pauperis, she will still be required to pay the entire $350.00 filing fee. However, she will be allowed to pay the filing fee in installments in accordance with 28 U.S.C. § 1915.

IT IS THEREFORE ORDERED that:

1. Plaintiff Christine Prokupek (McGlothlen) is directed to correct the above-listed technical defect in the Complaint on or before **October 25, 2010**.

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter as to Christine Prokupek without further notice.

3. The Clerk of the court is directed to send to Christine Prokupek the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: October 25, 2010: Check for MIFP or payment.

DATED this 23rd day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.