IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINE PROKUPEK, (McGlothlen), and RONALD PROKUPEK, | ) ) ) | 8:10CV348 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| U.S. ATTORNEY GENERAL FOR STATE OF NEBRASKA, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the court on Plaintiffs' Letter, which the Clerk of the court docketed as a Motion for Reconsideration. (Filing No. 14.) In this Motion, Plaintiffs detail various issues relating to their underlying federal criminal convictions and seek only general "assistance, in whatever form is available." (*Id.* at CM/ECF p. 4.)

The court dismissed this matter on November 19, 2010, pursuant to Plaintiffs' request. (Filing No. 11.) It is unclear what, if any, relief Plaintiffs now seek. To the extent they seek assistance with their federal criminal convictions, they should seek relief in those cases.

IT IS THEREFORE ORDERED that:

1. Plaintiffs' Letter, construed as a Motion for Reconsideration, is denied.

2. The Clerk of the court is directed to send to each Plaintiff the Form AO243, Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody.

DATED this 20th day of January, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.